| | | | |
|---|---|---|---|
| Case No. | **CV 17-2890-DMG (Ex)** | Date | June 21, 2017 |

Title  *Sean David Morton, et al. v. United States Inc., et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [18]**

In light of Plaintiffs' Notice of Withdrawal of Case filed on June 19, 2017 [Doc. # 20], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a). Defendants' Motion to Dismiss or, in the Alternative, to Quash Service [Doc. # 18] is **DENIED** without prejudice as moot.  The July 14, 217 hearing is **VACATED**.

IT IS SO ORDERED.